Phyliss JACOBS and Edwin
Jacobs, Petitioners,

v.

**Edward H. HEVENER, Respondent.**

Supreme Court of Pennsylvania.

June 4, 1999.

J. Craig Currie, Philadelphia, for petitioner.

### *ORDER*

PER CURIAM:

**AND NOW**, this 4th day of June 1999, the Petition for Allowance of Appeal is GRANTED limited to the question of whether the trial court properly allowed, over objection, respondent's counsel to make a "missing witness argument" during his closing argument. The order of the Superior Court is REVERSED and this matter is REMANDED for further proceedings consistent with this Court's decision in *Bennett v. Sakel*, 555 Pa. 560, 725 A.2d 1195 (1999).

---

**COMMONWEALTH of Pennsylvania,
Appellant,**

v.

**Crispin ALEJANDREZ, Appellee.**

Supreme Court of Pennsylvania.

Argued Sept. 16, 1998.
Decided July 21, 1999.

Joseph C. Madenspacher, D.A., Susan E. Moyer, Asst. D.A., for Com.

Andrea F. McKenna, Sr. Dep. Atty. Gen., for intervenor-Com.

James J. Karl, Chief Public Defender, Scott K. Oberholtzer, Asst. Public Defender, for Crispin Alejandrez.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### *ORDER*

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Lancaster County Court of Common Pleas dated December 17, 1997 insofar as it is consistent with our disposition in *Williams* and we reverse its order insofar as it is inconsistent with the same. Furthermore, we remand the matter to the Superior Court for disposition of any remaining issues.

Jurisdiction is relinquished.

Justice CASTILLE files a Dissenting Statement.

CASTILLE, Justice, dissenting.

I dissent for the reasons expressed in my dissenting opinion in *Commonwealth v. Williams*, 557 Pa. 285, 733 A.2d 593 (1999).